# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARC D. HOWELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 14-CV-647-GKF-TLW |
| FARMERS INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

The Court having entered an order [Dkt. #4] dismissing this case without prejudice for failure to pay the court's filing fee,

**IT IS ORDERED** that this action be dismissed without prejudice.

**ENTERED** this 8th day of December, 2014.

_____
GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT